IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| AJLA BALIĆ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A1 KITCHEN & BATH,<br><br>　　　　　　Defendant. | Civil Action No.<br><br>4:22-cv-00272-WMR-WEJ |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Ajla Balić and Defendant A1 Kitchen & Bath ("A1"), by their attorneys, hereby inform the Court that they have reached an agreement in principle to resolve all of Plaintiff's claims against A1 in their entirety. Plaintiff and Defendant are in the process of finalizing a settlement agreement and anticipate filing a stipulation of dismissal with prejudice of Plaintiff's claims against A1, pursuant to Fed. R. Civ. P. Rule 41(a), within the next 60 days.

Respectfully and jointly submitted, this 6th of February, 2023.

| AJLA BALIĆ | A1 KITCHEN & BATH |
|---|---|
| By: */s/ John E. Tomlinson* | By: */s/ David S. Allen* |
| John E. Tomlinson | David S. Allen |
| *Appearance Pro Hac Vice* | Georgia Bar No. 009945 |
| john@justiceatwork.com | davidallenlawyer@gmail.com |
| BARRETT & FARAHANY | DAVID S. ALLEN |
| PO Box 530092 | RTC BUILDING |
| Atlanta, GA 30353 | 217 Evitt Parkway |
| Telephone: (404) 214-0120 | Ringgold, GA 30736 |
| Facsimile: (404) 214-0125 | Telephone: (706) 406-2445 |
| | Facsimile: (706) 956-5357 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

DATE: February 6, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| AJLA BALIĆ,<br><br>       Plaintiff,<br><br>v.<br><br>A1 KITCHEN & BATH,<br><br>       Defendant. | Civil Action No.<br><br>4:22-cv-00272-WMR-WEJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I filed the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

David S. Allen
davidallenlawyer@gmail.com

**BARRETT & FARAHANY**

*/s/ John E. Tomlinson*
John E. Tomlinson
*Appearance Pro Hac Vice*