IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **AJLA BALIĆ**,<br><br>Plaintiff,<br><br>v.<br><br>**A1 KITCHEN & BATH,,**<br><br>Defendants | CIVIL ACTION FILE<br>NO. 4:22-cv-272-WMR |

## ORDER

The parties have filed Notice of Settlement [Doc 11]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 7th day of February, 2023.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.